UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK JAMES MCDONNELL,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOC. SEC.,<br><br>Defendant. | No. 1:26-CV-05419 GS |

WHEREAS, on August 31, 2026, Defendant filed a Social Security Administration ("SSA") Administrative Record in this case, which erroneously contained records pertaining to an individual other than Plaintiff (Docket Entry No. 11);

WHEREAS, Defendant seeks to withdraw the SSA Administrative Record filed on August 31, 2026;

IT IS HEREBY ORDERED that the SSA Administrative Record filed on August 31, 2026 (Docket Entry No. 11) be stricken from the record;

IT IS HEREBY FURTHER ORDERED that any copies of the SSA Administrative Record filed on August 31, 2026 be destroyed by any person in possession of said copy or copies.

Dated: New York, New York
October 21 2026

Gary Stein
GARY STEIN
United States Magistrate Judge